

# Fourth Court of Appeals
## San Antonio, Texas

October 18, 2018

No. 04-18-00409-CR

Christopher **CASTORENO,**
Appellant

v.

The **STATE** of Texas,
Appellee

From the 379th Judicial District Court, Bexar County, Texas
Trial Court No. 2016CR2508
Honorable Ron Rangel, Judge Presiding

# O R D E R

Appellant has filed a motion to supplement the clerk's record stating that the following relevant items were omitted from the clerk's record filed in this court: (1) the judgment for Count VI of the indictment; and (2) the exhibits attached to the defendant's motion for new trial, including but not limited to "Exhibit A." The motion is GRANTED, and the district clerk is ORDERED to prepare, certify, and file a supplemental clerk's record in this appeal containing the omitted items **within ten (10) days** from the date of this order. *See* TEX. R. APP. P. 34.5(c).

_____
Rebeca C. Martinez, Justice

IN WITNESS WHEREOF, I have hereunto set my hand and affixed the seal of the said court on this 18th day of October, 2018.

_____
KEITH E. HOTTLE,
Clerk of Court